IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ZACHARY BOUVIER TAYLOR,
PLAINTIFF

vs.

ELECTRIC MOBILITY CORPORATION, et al
Defendants

RECEIVED
2005 MAY -2 P 2:30
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Civil action No.: 3:05cv404-T
Bankruptcy Action No.: _____
Specific Performance No.: _____

COPYRIGHT(C) 2002
ALL RIGHTS RESERVED
4154 GA HWY 85
ELLERSLIE GA 31807-9124
(706)561-7510

## COMPLAINT

1. Zachary Bouvier Taylor has a domicile at 4154 GA HWY 85, ELLERSLIE GA 31807-9124. His beloved parents are Mr. Dave Taylor, Sr. and Mrs. Laverne Meridith Taylor.

2. Defendants Electric Mobility Corporation, et al have a place of business address at One Mobility Plaza, P O Box 156, Sewell, New Jersey 08080, USA

### VENUE AND JURISDICTION

Venue issues arise between New Jersey and Georgia.

Federal question jurisdiction is applicable under 28 U.S.C. 1331. This civil action arises under Article I, Section 8, the Commerce Clause. It is applicable to goods and services that travel on roads, highways, and interstates of the United States.

Diversity of citizenship jurisdiction is applicable under 28 U.S.C. 1332. This civil action arises from plaintiff Zachary Bouvier Taylor's domicile in the state of Georgia.

Defendants Electric Mobility Corporation, et al have a place of business in the State of New Jersey.

Also, the matter in controversy exceeds the sum or value of $75,000.00.

Furthermore, the United States District Court for the Middle District of Alabama, Eastern Division has jurisdiction over this matter pursuant to 28 U.S.C. 1337(a). The district courts shall have original jurisdiction of any civil action or proceeding that arises under any Act of Congress that regulates commerce. Article I, Section 8 of the "Commerce Clause" gives impetus to this civil action. The matter in controversy exceeds $10,000.

This noble federal court also is to review the violation of Plaintiff Zachary Bouvier Taylor's 5th and 14th Amendment United States Constitutional rights to Due Process and Equal Protection as the Electric Mobility Corporation has inflicted arbitrary, capricious, and at whim invidious discrimination upon Mr. Taylor.

Civil rights and electric franchise provisions of 28 U.S.C. 1343 confer jurisdiction to this federal court.

28 U.S.C. 1343 (a) The district courts shall have original jurisdiction of any civil action that the law authorized for a person to commence:

(1) To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States by any act that transpired in furtherance of any conspiracy that is in section 1985 of Title 42.

(3) To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity that the United States Constitution secured or by any Act of Congress that provides for equal rights of citizens or of all persons within the jurisdiction of the United States.

(4) To recover damages or to secure equitable or other relief under any Act of Congress that provides for the protection of civil rights, including the right to vote.

## ISSUES BEFORE THE COURT

Plaintiff Zachary Bouvier Taylor petitions the noble Federal court to grant him judicial review of Breach of Contract, detrimental reliance, specific performance, inter alia, by the Electric Mobility Corporation.

An umbrella issue is an immediate order by the court to the Electric Mobility Corporation to deliver an assembled operable Rascal Scooter to Zachary Bouvier Taylor.

## RELIEF SOUGHT

1. Plaintiff Zachary Bouvier Taylor seeks a current invoice from the Electric Mobility Corporation that indicates the verification of payments that Zachary B. Taylor made to the Electric Mobility Corporation for procurement of a Rascal Scooter.

This invoice is to contain a description of the particular Rascal Scooter that Mr. Taylor ordered and its product number.

Contact Information: Fax: 8564682636           Customer Service: (800) 257-7955
MS. SHIRLEY                                    (800) 257-7955
Electric Mobility Corporation                  (800) 345-8331, x 2309
One Mobility Plaza                             (800) 345-8331, x 2467
P O Box 156
Sewell New Jersey 08080, USA
Customer Number: 355090
Invoice Number: 445781
Order Number: 889938
Visit www.rascalsscooters.com
EMC 810477

2. Please order the Electric Mobility Corporation to comply with its contractual obligations and deliver an assembled operable Rascal Scooter to Zachary B Taylor.

A contract existed. An offer came to Zachary B. Taylor in an advertisement. Mr. Taylor's order of a Rascal Scooter from the Electric Mobility Corporation constitutes acceptance. Mr. Taylor's payment to the Electric Mobility Corporation is consideration. Mr. Taylor and the Electric Mobility Corporation had mutual assent to deliver the product to Mr. Taylor's estate. This set of transactions established offer, acceptance, consideration, and mutual assent: all elements proved a prima facie case that an enforceable contract existed. Representatives of the Electric Mobility Corporation failed to deliver the Rascal Scooter to Zachary B. Taylor's estate although Mr. Taylor had expectation of the delivery. The Electric Mobility Corporation breached their contract with Zachary B. Taylor and failed to exercise their duty of good faith.

3. Detrimental reliance caused Zachary B. Taylor to suffer. The Electric Mobility Corporation had an agreement with Rascal Scooter purchaser Zachary B. Taylor to deliver the product to his address. Although Mr. Taylor and the Electric Mobility Corporation made arrangements for this shipment, Mr. Taylor never received the product in a timely manner. Mr. Taylor has suffered detrimental reliance.

Mr. Taylor prays that this noble court will order immediate compliance with the contractual obligation delivery of the Rascal Scooter. Mr. Taylor's expectations for the contractual timely shipment from the Electric Mobility Corporation failed to comply with the terms of delivery. Detrimental reliance of Rascal Scooter purchaser Zachary B. Taylor demands remedies for shipment of a product that would assist him with health issues.

4. Rascal Scooter purchaser Zachary B. Taylor prays for specific performance by the Electric Mobility Corporation to deliver the Rascal Scooter product to his estate without additional payments from Mr. Taylor. Mr. Taylor has suffered more than long enough without his healthcare aid, the Rascal Scooter.

5. Plaintiff Zachary Bouvier Taylor demands a monetary settlement in his favor by the Court against the Electric Mobility Corporation, for $~~777~~ Billion.

(4)

## CONCLUSION

Zachary Bouvier Taylor is a black man with race and gender as immutable traits. He is a member of a historically-disadvantaged protected suspect class. This noble federal court has both an affirmative duty and a moral obligation to review this matter with strict scrutiny.

Now, therefore, be it resolved that it is only fitting that the United States District Court for the Middle District of Alabama, Eastern Division order the Electric Mobility Corporation to deliver a Rascal Scooter assembled and operable to Plaintiff Zachary B. Taylor. Specific performance of the shipment to Mr. Taylor is a mandate. This Court is to enforce the merchandise contract as debt free with no additional costs to Mr. Taylor.

Furthermore, Plaintiff Zachary Bouvier Taylor's suffering of a Breach of Contract by the Electric Mobility Corporation caused him to be the victim of detrimental reliance. Mr. Taylor has been devoid of a Rascal Scooter that would assist him with health issues. Mr. Taylor's disappointment, mental anguish, and the intentional infliction of emotional distress, inter alia, are good cause why this Court is to render judgment against the Electric Mobility Corporation in favor of Zachary Bouvier Taylor for $777 Billion.

Respectfully Submitted,
Zachary B. Taylor

Zachary B. Taylor
4154 GA HWY 85
ELLERSLIE GA 31807-9124
(706) 561-7510

(5)

# CERTIFICATE OF SERVICE

This statement serves as verification that Petitioner Zachary Bouvier Taylor has served a copy of this civil action upon defendants contingent upon the granting of judicial review by the Court:

Electric Mobility Corporation
One Mobility Plaza
P O Box 156
Sewell, New Jersey 08080, USA

this day, the 26th of April, 2005, via first-class delivery in the United States mail, with first-class postage prepaid by the plaintiff.

Service of process remedies emanate from Federal Rule of Civil Procedure 4 and the United States Marshals Service. *Zachary B. Taylor*