# RULE 11 CERTIFICATION

Petitioner Zachary Bouvier Taylor is certifying that to the best of his knowledge, information, and belief that he formed after an inquiry reasonable under the circumstances, —

(1) I do hereby affirm that, to the best of my knowledge, information, and belief, that I formed after an inquiry reasonable under the circumstances —

   (a) the new complaint that the plaintiff submitted herewith to file does not have presentation for any improper purpose, as to harass or to cause unnecessary delay or needless increase in the cost of litigation;

   (b) the claims, defenses, and other legal contentions that the plaintiff asserted in the pleadings that he submitted herewith to file have warrant by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law;

   (c) the allegations and other factual contentions that the plaintiff asserted in the pleading that he submitted herewith to file have evidentiary support or, if identification so specifies, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery.

(2) I have made a diligent effort — which has included my review of prior relevant orders of this court — to determine if sovereign immunity, absolute immunity, or any similar theory, precludes or prevents the filing of this complaint against any of the individuals, governmental institutions, entities, agencies, departments, representatives, or other governmental actors I have designated as defendants.

(3) I declare under penalty of perjury that the foregoing is true and correct.

Date: April 26, 2005      Plaintiff: *Zachary B. Taylor*

SCANNED