IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

ZACHARY BOUVIER TAYLOR,
PLAINTIFF

VS.

ELECTRIC MOBILITY CORPORATION, et al.
Defendants

RECEIVED
2005 MAY -2 P 2:30
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Civil action No.: 3:05cv404-T
Bankruptcy action No.: _____
Specific Performance: _____

COPYRIGHT (C) 2005
ALL RIGHTS RESERVED
4154 GA HWY 85
ELLERSLIE GA 31807-9124
(706) 561-7510

## MOTION TO PROCEED IN FORMA PAUPERIS

May it please the prudent, learned, and esteemed members of the United States District Court for the Middle District of Alabama, Eastern Division to allow petitioner Zachary Bouvier Taylor to proceed with this civil action without prepayment of filing fees or other costs. As an indigent victim of Breach of Contract, detrimental reliance, specific performance, Federal question jurisdiction is also applicable to goods that travel on roads, highways, and interstates of the United States.

Mr. Taylor's remedies emanate from 28 U.S.C. 1915.

Zachary Bouvier Taylor prays that this noble Court will allow this civil action to proceed without prepayment of fees or security thereof.

## IN FORMA PAUPERIS DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

ZACHARY BOUVIER TAYLOR, PLAINTIFF V ELECTRIC Mobility Corporation, et al Defendants.

I, Zachary Bouvier Taylor, declare that I am the petitioner in the above-entitled case; that in support of my motion to proceed without requirement to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? Yes ☐  No ☑
    a. If the answer is "Yes," state the amount of your salary or wages per month, and give the name and address of your employer. <u>Not-Applicable.</u>
    b. If the answer is "No," state the date of last employment and the amount of salary and wages per month which you received. <u>May-1998/$940-Month.</u>

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or form of self-employment?   Yes ☐  No ☑
    b. Rent payments, interest or dividends              Yes ☐  No ☑
    c. Pensions, annuities, or life insurance payments   Yes ☐  No ☑
    d. Gifts or inheritances?                            Yes ☐  No ☑
    e. Any other sources?                                Yes ☐  No ☑
If <u>Not-Applicable.</u>

3. Do you own cash, or do you have money in a checking or savings account? Yes ☐  No ☑

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing? No ☑
    If the answer is "Yes," describe the property and state its approximate value. <u>N/A</u>

5. List the persons who are dependent upon you for support. <u>Not-Applicable.</u>

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct.

Executed on <u>April 26, 2005</u>      *Zachary B. Taylor*
             (date)                    Signature of Petitioner

(2)