IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ZACHARY BOUVIER TAYLOR, )<br>)<br>   Plaintiff, )<br>   )<br>v. )<br>)<br>ELECTRIC MOBILITY )<br>CORPORATION, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>   3:05cv404-T |

### ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to United States Magistrate Judge Susan Russ Walker for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 10th day of May, 2005.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**