# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA – EASTERN DIVISION

ZACHARY BOUVIER TAYLOR,

    Plaintiff

v.

ELECTRIC MOBILITY CORPORATION

    Defendant

RECEIVED
2005 JUN -8 P 1:32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

CASE NO. 3:05-CV-404-F
WO

## NOTICE OF APPEAL

Plaintiff and suffering Georgia motorist, honorably-discharged United States Army Veteran, former West Point Cadet, licensed-credentialed Pentecostal Minister, Auburn University Doctoral Student, and civil rights activist Zachary Bouvier Taylor hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment that the Honorable Mark E. Fuller, Chief United States District Judge, entered in this action on the 11th day of May, 2005

Respectfully Submitted,
Zachary B. Taylor

Zachary B. Taylor

(Transient Address:)
C/O THE HARRIS COUNTY, GA GOVT
9825 HWY 116 / P O BOX 286
HAMILTON GA 31811

(DOMICILE:
4154 GA HWY 85
ELLERSLIE GA 31807-9124
(706) 561-7510

## CERTIFICATE OF SERVICE

This statement serves as verification that Plaintiff Zachary Bouvier Taylor, suffering Georgia motorist, honorably-discharged United States Army Veteran, former West Point Cadet, licensed-credentialed Pentecostal minister, Auburn University doctoral student, and civil rights activist, has served a copy of the appurtenant pleading upon defendants to their address of record:

Electric Mobility Corporation, et al
One Mobility Plaza
P O Box 156
Sewell  New Jersey  08080, USA

This day, the 6th day of June, 2005, via delivery in the United States Mail, with postage prepaid by Plaintiff and suffering Auburn University doctoral student Zachary Bouvier Taylor.    _Zachary B. Taylor_