IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ZACHARY BOUVIER TAYLOR
   PLAINTIFF

VS.

ELECTRIC MOBILITY CORPORATION, et al.
   Defendants

RECEIVED

2005 JUN -8 P 1:32

Civil action no.: 3:05CV404-T
Bankruptcy Action No.:
Specific Performance No.:

## MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

May it please the prudent, learned, and esteemed members of the United States District Court for the Middle District of Alabama, Eastern Division to allow petitioner Zachary Bouvier Taylor to proceed with this civil action without prepayment of appeal filing fees or costs. As an indigent victim of Electric Mobility Corporation Breach of contract, detrimental reliance, specific performance, federal question regulations, mental anguish, and the intentional infliction of emotional distress.

## IN FORMA PAUPERIS DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Zachary Bouvier Taylor, declare that I am the petitioner in the above-entitled case; that in support of my motion to proceed without requirement to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? Yes ☐ No ☑
    a. If the answer is "Yes," State the amount of your salary or wages per month, and give the name and address of your employer. Not-Applicable.
    b. If the answer is "NO," State the date of last employment and the amount of salary and wages per month which you received. May-1998 / $940 - Month.
2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or form of self-government? Yes ☐ No ☑
    b. Rent payments, interest or dividends? Yes ☐ No ☑
    c. Pensions, annuities, or life insurance payments? Yes ☐ No ☑
    d. Gifts or inheritances? Yes ☐ No ☑
    e. Any other sources Yes ☐ No ☑

    If Not-Applicable.
3. Do you own cash, or do you have money in a checking or savings account? Yes ☐ No ☑
4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? No.
5. List the persons who are dependent upon you for support. Not-Applicable.

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct

Executed on June 06, 2005
        (date)

_Zachary B. Taylor_
(Signature of Petitioner)

(2)