IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RECEIVED

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG 25 2005

THOMAS K. KAHN
CLERK

No. 05-13329-B

ZACHARY BOUVIER TAYLOR,

Plaintiff-Appellant,

versus

ELECTRIC MOBILITY CORPORATION,

Defendant-Appellee.

---

Appeal from the United States District Court for the
Middle District Of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the full $250 docketing and $5 filing fees ($255) (or file a CONSENT FORM authorizing such payment from the appellant's prison account pursuant to 28 U.S.C. §1915) to the clerk of the district court within the time fixed by the rules, effective this 25th day of August, 2005.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Carolyn Magers
Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: Carolyn Magers
Deputy Clerk
Atlanta, Georgia

ORD-40